**FILED**

2021 May-13  AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| BERTHA ALICIA FERNANDEZ-LOPEZ, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| | § | 5:20-CV-01861-MHH |
| | § | |
| GILBERTO HERNANDEZ, et al. | § | |

## JOINT NOTICE REGARDING THE MOTION TO DISMISS CONFERENCE

Now Comes Javier Riojas and Jessica Vosburgh, counsel for Plaintiffs in the
above-captioned cause; and Maxwell H. Pulliam, counsel for Defendants Gilberto
Hernandez and Hernandez Demolition & Remediation LLC, and Christopher L. Hamlin[1],
counsel for Defendants Edwin Reyes and Chameleon Landscaping and Irrigation, Inc.,
who file this Joint Notice Regarding the Motion to Dismiss Conference held on May 12,
2021, in accordance with Judge Haikala Chambers Initial Order Effective July 1, 2020.
(CM/ECF Document 76 at pp. 2-3)

The parties, hereby, jointly notify the Court that they conferred regarding
Plaintiffs' complaint; that counsel for Plaintiffs agreed to amend the complaint within 30
days, that is up to and including June 11, 2021; and that this notice relieves the
defendants of the obligation of responding to the original complaint until after the
amended complaint is filed.

---

[1] /Mr. Hemlin represented Edwin Reyes and Chameleon Landscaping and Irrigation, Inc., before the United
States District Court for the Western District of Texas, Del Rio Division, and has not yet entered an
appearance before this Court.
  Mr. Rogdrick L. Manor represented Epigmenio Rodriguez and SLR Labor Works LLC before the
United States District Court for the Western District of Texas, Del Rio Division.  Mr. Manor communicated
to counsel for Plaintiffs that he was having a hard time contacting his clients, and had not yet determined if
they wanted him to "Pro hac" into transferred case.

Respectfully submitted,

Javier Riojas
Texas RioGrande Legal Aid, Inc.
542 E. Main St.
P.O. Box 2001
Eagle Pass, Texas 78853
Tel. (830) 752-6400
Fax. (830) 773-5806


_____ /s/ _____
Jessica Vosburgh
Adelante Alabama Work Center
2104 Chapel Hill Road
Birmingham, Alabama 35216
Tel. (205) 317-1481
Fax. (205) 224-9675
Attorneys for Plaintiffs


_____ /s/ _____
Maxwell H. Pulliam
MAXWELL H. PULLIAM, LLC
301 19th Street North
The Kress Building, Suite 519
Birmingham, AL 35206
(205) 314-0620
(2015) 314-0621 (fax)
max@mpulliam.com
Attorney for Defendants
Gilberto Hernandez and
Hernandez Demolition &
Remediation, LLC


_____ /s/ _____
Christopher L. Hamlin
McNamee Hose, et al.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Tel. (301) 441-2420
Fax (301) 982-9450
chamlin@mhlawyers.com
Attorney for Defendants

2

Edwin Reyes and
Chameleon Landscaping and
Irrigation, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notice to the following:

Rogdrick L. Manor
Manor Law Firm, PC
2929 Allen Parkway, Suite 200
Houston, Texas 77019
Attorney for Defendants
Epigmenio Rodriguez and
SLR Labor Works, LLC

Javier Riojas
Attorney for Plaintiffs