FILED

2021 May-27  AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BERTHA ALICIA FENANDEZ-LOPEZ, et al.** | } | |
| | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | **Case No.: 5:20-cv-01861-MHH** |
| **v.** | } | |
| | } | |
| **HERNANDEZ DEMOLITION & REMEDIATION, LLC,** | } | |
| | } | |
| **Defendant.** | | |

## ORDER

This matter is before the Court on Mr. Manor's motion to withdraw as counsel for defendants Epigmenio Rodriguez and SLR Labor Works, LLC. (Doc. 78). Because SLR does not have other representation, Mr. Manor's withdrawal would compel SLR to proceed *pro se* in this matter.  The United States Court of Appeals for the Eleventh Circuit has held that an entity can act only through agents, cannot appear *pro se*, and must be represented by counsel.  *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381 (11th Cir. 1985).  Therefore, consistent with the discussion on the record during the May 26, 2021 telephone conference, the Court orders Mr. Manor to contact his clients and advise them of his motion to withdraw.  Mr. Rodriguez may proceed without counsel if he wishes, but SLR must proceed with the assistance of an attorney, and a new attorney must appear in this matter for SLR by June 25, 2021.

Mr. Manor has indicated that he has been unable to contact Mr. Rodriguez and SLR.  Mr. Manor shall, with all due diligence, provide a copy of this order to Mr. Rodriguez and SLR.  To help Mr. Manor contact his clients, plaintiffs' counsel shall provide to Mr. Manor available contact information for Mr. Rodriguez and SLR.

Mr. Hamlin, counsel for defendants Edwin Reyes and Chameleon Landscaping and Irrigation, Inc., is not admitted to practice in the State of Alabama. Therefore, pursuant to Rule VII of the Rules Governing Admission to the Alabama State Bar, Mr. Hamlin shall apply to appear before the Court pro hac vice, and defendants Reyes and Chameleon Landscaping shall obtain local counsel pursuant to Local Rule 83.1.  Local counsel for these defendants must appear by June 25, 2021.

The Court shall continue its hearing on Mr. Manor's motion to withdraw via teleconference at 11:00 a.m. CST on Tuesday, June 29, 2021. Counsel of record please dial 877-873-8018 and enter access code 5313999 to participate in the call.

**DONE** and **ORDERED** this May 27, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE